1
2
3
4
5
6
7
8      UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA

10  RAYMOND N. RAYES,                    Case No. 5:21-cv-00201-JGB-KKx

11            Plaintiff,
                                         ORDER OF DISMISSAL
12        v.

13  NOVARTIS PHARMACEUTICALS
    CORPORATION, *ET AL.*,
14
              Defendant.
15

16                        ORDER OF DISMISSAL

17        THIS MATTER having come before the Court by way of stipulated motion by

18  Plaintiff, Raymond N. Rayes, and Defendants, Novartis Pharmaceuticals Corporation,

19  Novartis AG, Novartis Pharma AG, Novartis Institutes for Biomedical Research, Inc.,

20  Novartis Pharmaceuticals UK Limited, and Alcon Research, LLC, f/k/a Alcon Research,

21  Ltd., to dismiss all claims and causes of action brought by Plaintiff against Defendants

22  Novartis AG, Novartis Pharma AG, Novartis Institutes for Biomedical Research, Inc.,

23  Novartis Pharmaceuticals UK Limited, and Alcon Research, LLC, f/k/a Alcon Research,

24  Ltd., without prejudice subject to the conditions that the only circumstances Plaintiff may

25  re-assert any claim in the Complaint are in the event that NPC cannot cover the judgment

26  or settlement or if necessary in order to obtain discovery that plaintiffs are unable to

27  obtain from NPC as the remaining defendant, is hereby ORDERED as follows:

28
                                  1
                        ORDER OF DISMISSSAL

All claims and causes brought by Plaintiff, Raymond N. Rayes against Defendants Novartis AG, Novartis Pharma AG, Novartis Institutes for Biomedical Research, Inc., Novartis Pharmaceuticals UK Limited, and Alcon Research, LLC, f/k/a Alcon Research, Ltd., are hereby dismissed, without prejudice subject to the aforementioned conditions.

THUS DONE AND SIGNED this 11th day of March, 2021.

_____
JUDGE

2

ORDER OF DISMISSSAL