IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

_____

| | | |
|---|---|---|
| RAYMOND N. RAYES, | § | Case No.: 5:21-cv-00201-JGB-KK |
|     Plaintiff, | § | |
| | § | **ORDER GRANTING JOINT** |
| vs. | § | **STIPULATION FOR** |
| | § | **DISMISSAL WITH** |
| NOVARTIS PHARMACEUTICALS | § | **PREJUDICE** |
| CORPORATION, | § | |
|     Defendant. | § | |

_____

The Court has considered the Joint Stipulation for Dismissal with Prejudice, and IT IS HEREBY ORDERED THAT the above action is voluntarily dismissed with prejudice, with the parties to bear their own costs.

DATE: March 10, 2023

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT

ORDER OF DISMISSAL WITH PREJUDICE